# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

## CRIMINAL MINUTES

Case No.: **08-mj-479**  Date of Proceeding: **8/26/08**

**Presiding Judge:** Paul Papak   **Courtroom Deputy:** Gary Magnuson

**Reporter:** _____   **Tape No:** FTR   **AUSA:** **GARY SUSSMAN**
(for: _____ )

**DOCKET ENTRY:** (Interpreter: _____ )
Record of: [ ] time set for [X] First Appearance [ ] Initial Appearance [ ] Arraignment [X] Detention Hearing
[X] Preliminary / [ ] Pretrial / [ ] Supervised Release / [ ] Probation Violation [ ] Rule 5 Proceedings [ ] Status Hearing:
[X] **ORDER** - appointing Federal Defender/CJA Attorney to represent defendant(s).
[ ] Defendant(s) advised of charges [ ] Defendant(s) waived reading of the indictment/information/complaint.
[X] Defendant(s) advised of rights [ ] Defendant(s) waived advice of rights.
[ ] Defendant(s) waived [ ] preliminary [ ] identity [ ] removal hearing.
[ ] Defendant(s) proceeds as named in the complaint/indictment/information.
[X] **ORDER** - (re)setting the [ ] First Appearance [ ] Release Violation / [ ] Rule 5 / [X] Preliminary / [ ] Detention / [ ] Status Hearing before the duty Magistrate Judge on **9/4/08** at **1:30 p.m.**
[ ] Gov't witness(es) sworn: _____
[ ] Defense witness(es) sworn: _____
[ ] **ORDER** - finding probable cause.
[ ] **ORDER** - (re)setting arraignment on: _____ at _____ .m. before the duty magistrate.
[X] **ORDER** - defendant is detained: [X] flight [X] danger [ ] violation of release conditions [ ] pending further hearing.
[ ] **ORDER** - defendant is released on conditions. (see separate order)
[ ] **ORDER** - defendant's plea(s) of not-guilty is entered.
[ ] **ORDER** - (re)setting trial before Judge _____ on _____ at 9:00 a.m.
**Please use the above case number and initials on all future documents and correspondence in this action.**
[ ] **ORDER** - discovery to be provided within 10 days, motions due in 21 days.
[ ] **ORDER** - setting a violation hearing before Judge _____ on _____ at _____.
[ ] **ORDER** - setting a further appearance before _____ on _____ at _____.
[ ] **ORDER** - _____
[ ] - _____

(OTD: _____ - Gov't case: _____ days)

### DEFENDANT
(1) **BENJAMIN JACOB KERENSA**
[X] Present [ ] O/R [ ] Bond [X] Custody

(2) _____
[ ] Present [ ] O/R [ ] Bond [ ] Custody

(3) _____
[ ] Present [ ] O/R [ ] Bond [ ] Custody

( ) _____
[ ] Present [ ] O/R [ ] Bond [ ] Custody

### COUNSEL
(1) ~~Amy Baggio~~ **NELL BROWN**
[X] Present [X] Appointed [ ] Retained

(2) _____
[ ] Present [ ] Appointed [ ] Retained

(3) _____
[ ] Present [ ] Appointed [ ] Retained

( ) _____
[ ] Present [ ] Appointed [ ] Retained

cc: [X] Chambers   [ ] Probation
    [ ] Counsel of Record   [ ] Pretrial Services
    [ ] Jury Clerk   [ ] US Marshal's

Document No.: _____

**Criminal Minutes**
Revised May 17, 2007