AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____   **OREGON**

UNITED STATES OF AMERICA

V.

Benjamin Jacob Kerensa

**WARRANT FOR ARREST**

Case Number: 08-mj-479

To: The United States Marshal
and any Authorized United States Officer

FILED '08 AUG 26 15:33 USDC-ORP

YOU ARE HEREBY COMMANDED to arrest ___Benjamin Jacob Kerensa___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  X Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her   (brief description of offense)

with knowingly and unlawfully impersonating an officer or employee of the United States,

in violation of ___Title 18___ United States Code, Section ___912___.

The Honorable Paul Papak                    United States Magistrate Judge
Name of Issuing Officer                      Title of Issuing Officer

/s/ Paul Papak                              August 15, 2008, at Portland, Oregon
Signature of Issuing Officer                 Date and Location

Bail fixed at $ _____  by _____
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at the Federal Courthouse Portland, OR 97204 |

| DATE RECEIVED 8/15/2008 | NAME AND TITLE OF ARRESTING OFFICER K. Lewis DUSM | SIGNATURE OF ARRESTING OFFICER K. Lewis |
|---|---|---|
| DATE OF ARREST 8/26/2008 | | |