# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

Case No.: **08-mj-479**

Date of Proceeding: **9-4-08**

Presiding Judge: **John V. Acosta**

Courtroom Deputy: **Paul Gale**

Recorded: **FTR by Paul Gale**

AUSA: **Gary Sussman**

_____ (for: _____)

Please use the above case number and initials on all future documents and correspondence in this action.

**DOCKET ENTRY:**

[ ] Interpreter(s): _____.

Record of time set for: [ ] First/[ ] Initial appearance [ ] Arraignment [ ] Detention hearing/review [ ] Status hearing [ ] Pretrial/[ ] Supervised release hearing [X] Preliminary hearing [ ] A/W from another district/Rule 5.1 or 32.1 proceedings.

[ ] ORDER - Appointing Federal Defender/CJA attorney to represent defendant(s).
[ ] ORDER - Defendant to proceed as named.
[ ] Defendant(s) advised of charges  [ ] Defendant(s) waived reading of the Complaint, Indictment or Information.
[ ] Defendant(s) advised of rights  [ ] Defendant(s) waived advice of rights.
[ ] Defendant(s) waived [ ] Identity hearing [ ] Preliminary hearing [ ] Removal hearing.
[X] ORDER - (Re)setting/continuing [X] Arraignment [ ] Preliminary [ ] Detention [X] Status [ ] Rule 5.1 or 32.1 hearing before the duty Magistrate Judge on: **Thursday, September 18, 2008, @ 1:30PM**.
[X] Government witness sworn: **W. Monty Waldron**.
[X] ORDER - Finding probable cause. [ ] ORDER - Finding lack of probable cause for defendant.
[ ] ORDER - Defendant's plea of not-guilty entered; [ ] ORDER - Denial of the forfeiture allegation.
[ ] ORDER - Setting trial before Judge _____ on _____ 2008, at 9:00 a.m.
[ ] ORDER - Defendant is released on conditions, (see separate order).
[ ] ORDER - Defendant is detained [ ] flight risk [ ] danger [ ] pending further hearing.
[ ] ORDER - Discovery due in 10 days and motions due in 21 days.
[ ] ORDER - Setting revocation hearing before Judge _____ on _____ at _____.
[X] **Detention of Defendant on both flight risk & danger to the community is continued**
[ ] _____
(OTD: _____ - Gov't case) _____ days)

**DEFENDANT**
(1) **Benjamin Jacob Kerensa**
    [X] Present [ ] O/R [ ] Bond [X] Custody

**COUNSEL**
(1) **Nell Brown**
    [X] Present [ ] Appointed [ ] Retained

(2) _____
    [ ] Present [ ] O/R [ ] Bond [ ] Custody

(2) _____
    [ ] Present [ ] Appointed [ ] Retained

(3) _____
    [ ] Present [ ] O/R [ ] Bond [ ] Custody

(3) _____
    [ ] Present [ ] Appointed [ ] Retained

[ ] Chambers          [ ] Probation
[ ] Counsel of Record [ ] Pretrial Services
[ ] Jury Clerk        [ ] U.S. Marshal

Document No.: _____
CRIMINAL MINUTES

**Criminal Minutes**
Revised June 10, 2004