FILED '08 OCT 28 10:16 USDC-ORP

Case No: CR 08-414 MO
Re: Affavavit of Benjamin Kerensa

I, Benjamin Kerensa, Declare as Follows:

1. On or about 10/20/2008, Nurse Claudia at Columbia County Jail Discontinued and Refused to provide me with my Seroquel medication.

2. On or about 10/23/2008, Nurse Claudia at Columbia County Jail Discontinued and refused to give me my Simvastatin medication.

3. On 10/24/2008, Nurse Cladia stated I was unable to see either a Doctor or psychiatrist at that facility. Later that evening Deputy MC Miller told me "No Psychiatric Medications were given at Columbia County Jail."

I the undersigned Declare under penalty of Perjury the foregoing is true and correct.

Dated: 10/25/08

Benjamin Kerensa
Benjamin Kerensa