# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:08-cr-414-01-MO |
| Plaintiff, | ORDER TO TRANSFER FUNDS TO THE UNCLAIMED FUND ACCOUNT |
| v. | |
| BENJAMIN JACOB KERENSA, | |
| Defendant. | |

MOSMAN, J.,

The restitution payment sent to victim Seasons Surf Shop was returned to the Court as undeliverable. All attempts made by the Clerk's Office, the Financial Litigation Unit, and the Victim/Witness Unit to locate the victim have been unsuccessful.

Accordingly, the Clerk of Court is hereby ordered to transfer monies held in the Deposit Fund (6855XX) to the Unclaimed Fund (613300) to be held for victim Seasons Surf Shop.

IT IS SO ORDERED this 20 day of October 2011.

MICHAEL W. MOSMAN
United States District Judge